IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chavarin, Jose A

Printed: 8/5/08

Case Number: 08 B 09519
Judge: Wedoff, Eugene R
Filed: 4/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 10,045.00 | 0.00 |
| 3. | WFNNB/Harlem Furniture | Secured | 9,169.00 | 0.00 |
| 4. | Aurora Loan Service | Secured | 21,252.96 | 0.00 |
| 5. | Aurora Loan Service | Secured | 8,000.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 184.43 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 18.30 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 118.02 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 199.29 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 205.15 | 0.00 |
| 11. | Secretary Of State | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,192.15 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Chavarin, Jose A | Case Number:  08 B 09519 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/5/08 | Filed:  4/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                    Marilyn O. Marshall, Trustee, by:

                                                    _____